IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA,

v.                                          Criminal No.: 4:10CR113-002

LEROY M. PETERSON, JR.
    DEFENDANT.

**DEFENDANT'S POSITION REGARDING SENTENCING FACTORS**

In accordance with Section 6A1.2 of the Sentencing Guidelines and Policy Statements and the Court's Sentencing Procedures Order, Defendant represents to the Court that he has no objections to the presentence report.

Respectfully Submitted,

By: /s/ _____
    Kevin M. Diamonstein, Esquire

Kevin M. Diamonstein, Esquire
VSB # 31498
Attorney for LEROY M. PETERSON, JR.
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
(757) 223-4484-Phone
(757) 249-0906-Fax
kdiamonstein@pwhd.com

SEEN AND AGREED:
/S/ _____
LEROY M. PETERSON, JR.

## CERTIFICATE OF MAILING

I hereby certify that on the 17th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing (NEF) to the following:

Brian J. Samuels, Esquire
Special Assistant U.S. Attorney
VSB # 65898
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
(757) 591-4000- Phone
(757) 591-0866- Fax
brian.samuels@usdoj.gov

And I hereby certify that I have mailed the document by U.S. Mail to the following non-filing user:

Anita Goffner Powell
U.S. Probation Officer
Suite 300, 1001 Omni Boulevard
Newport News, Virginia 23606

Mr. Leroy M. Peterson, Jr.
306 Pointe Court
Newport News, Virginia 23601

By: /s/
Kevin M. Diamonstein, Esquire

Kevin M. Diamonstein, Esquire
VSB # 31498
Attorney for LEROY M. PETERSON, JR.
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
(757) 223-4484-Phone
(757) 249-0906-Fax
kdiamonstein@pwhd.com